MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-5044 JKA |
| | ) | |
| Plaintiff, | ) | ORDER ON STIPULATED MOTION TO |
| | ) | CONTINUE THE TRIAL DATE |
| vs. | ) | |
| | ) | |
| TERRY C. FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

-

THE COURT having considered the stipulation of the parties, and the records and files herein, hereby makes the following findings:

1.      The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective case preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2.      The Court further finds the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that  the trial date is extended from August 1, 2005 to August 10, 2005 at 1:30 p.m.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE  TRIAL DATE
(*Terry Foster;* #04-5044JKA)                                1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1    IT IS FURTHER ORDERED that the time period between  August 1, 2005 to August 10,

2    2005, is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing

3    the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

4

5    DONE this 25th day of July, 2005.

6

7

8                                         */s/ J. Kelley Arnold*
                                          J. KELLEY ARNOLD
9                                         UNITED STATES MAGISTRATE JUDGE

10

11   Presented by:

12

13   /   Peter J. Avenia
     WSBA # 20794
14   Attorney for Terry C. Foster
     Federal Public Defender's Office
15   1601 Fifth Avenue, Suite 700
     Seattle, WA    98101
16   Phone:    (206) 553-1100
     Fax:      (206) 553-0120
17   peter_avenia@fd.org

18
     /   Barbara J. Sievers
19   Assistant United States Attorney
     *By telephonic authorization*
20

21

22

23

24

25

26

ORDER GRANTING STIPULATED                                    **FEDERAL PUBLIC DEFENDER**
MOTION TO CONTINUE  TRIAL DATE                               **1601 Fifth Avenue, Suite 700**
(*Terry Foster;*  #04-5044JKA)              2                **Seattle, Washington  98101**
                                                             **(206) 553-1100**